IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY W. TOWNLEY,

        Plaintiff,                  No. CIV S-11-3388 EFB P

        vs.

K. SANTORO, Associate Warden,

        Defendant.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in a civil action. Plaintiff's allegations concern events that took place in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

////

////

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: January 3, 2012.

                  */s/ Edmund F. Brennan*
                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE